# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

JAMES BIZUB,

        Plaintiff,

vs.                                   Case No. 09-C-0614

GATEWAY TECHNICAL COLLEGE,

        Defendant.

___

## ORDER FOR DISMISSAL
___

        Based upon the stipulation of counsel,

        IT IS HEREBY ORDERED, that the above Stipulation of the parties is approved and that the above-captioned matter is dismissed on its merits, with prejudice and without costs to either side.

        **SO ORDERED this 3rd day of June, 2010**.

                                            *s/ Rudolph T. Randa*
                                            HON. RUDOLPH T. RANDA
                                            United States District Judge